DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUSAN HANEY,<br><br>　　　　　Defendant. | ) Case No. 3:01-CR-00085(JKS)<br>)<br>)<br>)<br>) APPLICATION AND AFFIDAVIT FOR<br>) ISSUANCE OF WRIT OF EXECUTION<br>) ON PERMANENT FUND DIVIDEND<br>)<br>)<br>) |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

　　　I, RICHARD L. POMEROY, hereby state on oath:

　　　1.　Judgment for $21,503.64 was imposed on October 10, 2001, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against SUSAN HANEY as judgment debtor.

　　　2.　I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

　　　3.　The judgment debtor was represented by counsel.

　　　4.　The judgment entered is not a default judgment.

5. ACCRUED since the entry of judgment are the following sums:

$1,442.82 accrued interest, computed at 1.82%.

$105.00   accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $864.76 | which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of: |
| 7. $22,186.70 | ACTUALLY DUE on May 11, 2006. Of this total, $20,638.88 is the amount of the original judgment as entered, which still remains due and bears interest at 1.82% in the amount of $1.02 per day from this date. |

8. The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9. The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

U.S. vs. SUSAN HANEY
Case No.: 3:01-CR-00085(JKS)

//

DATED this 17th day of May, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        /s/ Richard L. Pomeroy
        RICHARD L. POMEROY
        Assistant U.S. Attorney
        222 West 7th Avenue # 9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        Email: richard.pomeroy@usdoj.gov
        AK #8906031

SUBSCRIBED AND SWORN TO before me this 17th day of May, 2006, at Anchorage, Alaska.

        /s/ Traci Ross
        NOTARY PUBLIC
        State of Alaska
        My Commission Expires: 11/17/06

[Notary Seal: TRACI ROSS, NOTARY PUBLIC, STATE OF ALASKA]

U.S. vs. SUSAN HANEY
Case No.: 3:01-CR-00085(JKS)